FILED

03/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0667

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

No. DA 22-0667

_____

MONTANA DEMOCRATIC PARTY and MITCH BOHN, WESTERN NATIVE VOICE, et al., MONTANA YOUTH ACTION, et al.,

      Plaintiffs and Appellees,

v.

CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,

      Defendant and Appellant.

_____

**ORDER GRANTING APPELLANT'S UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

_____

Pursuant to M. R. App. P. 26(2), and for good cause appearing, Appellant's Unopposed Third Motion for Extension of Time to File Opening Brief is GRANTED. Appellant shall have an extension up and to and including May 1, 2023, to file and serve her opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 21 2023